JUNE MOLINARI, AN INFANT BY HER GUARDIAN *AD LITEM, ET AL.*, PLAINTIFFS-RESPONDENTS, v. CITY OF EAST ORANGE, *ET AL.*, DEFENDANTS-PETITIONERS.

KATHLEEN KILEY, AN INFANT BY HER GUARDIAN *AD LITEM, ET AL.*, PLAINTIFFS-RESPONDENTS, v. CITY OF EAST ORANGE, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Morgan, Melhuish, Monaghan, McCoid & Spielvogel, Mr. Norman S. Karpf* and *Messrs. Colquhoun & Pollock* for the petitioners.

*Mr. Abraham I. Harkavy* for the respondents.

February 24, 1970. Denied.

U. S. HOME & DEVELOMPENT CORP., PLAINTIFF-RESPONDENT, v. ALDRICH WATER COMPANY, DEFENDANT-PETITIONER.

*Messrs. Schreiber & Lancaster* for the petitioner.

*Messrs. Hutt & Berkow* for the respondent.

February 24, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS BLOODWORTH, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert L. Messick* for the respondent.

February 24, 1970. Denied.